**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **MARICELA MARIN MONTES DE OCA,**<br><br>*Petitioner,*<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States;<br>CHRISTOPHER BULLOCK, Field Office Director of the New Orleans Field Office, U.S. Immigration and Customs Enforcement;<br>DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement; and<br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security,<br><br>*Respondents.* | Case No.: 3:26-cv-01729<br>Judge Aleta A. Trauger<br><br>Agency Case No.: A 208-592-860 |

**ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

This matter is before the Court on Petitioner Maricela Marin Montes de Oca's Emergency Motion and Memorandum of Law for a Temporary Restraining Order and Preliminary Injunction and her Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1). Upon consideration of the Motion and the Verified Petition, the Court finds that Petitioner has shown a likelihood of success on the merits; that Petitioner is likely to suffer irreparable injury if she is transferred outside the Middle District of Tennessee or removed from the United States before her Petition is adjudicated, including the disruption of her access to counsel and the potential impairment of this Court's ability to adjudicate the Petition; that the balance of equities tips in Petitioner's favor, because the requested relief requires Respondents only to keep Petitioner within, or return her to, this District; and that the public interest favors preserving the status quo

pending judicial review. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). The Court further finds, pursuant to Federal Rule of Civil Procedure 65(b)(1), that such immediate and irreparable injury may result before Respondents can be heard in opposition, because transfers of ICE detainees between facilities frequently occur without advance notice.

Accordingly, it is hereby ORDERED that:

1. Petitioner's Emergency Motion for a Temporary Restraining Order is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 65 and the All Writs Act, 28 U.S.C. § 1651(a), Respondents, their officers, agents, and employees, and all persons acting in concert or participation with them, are ENJOINED from transferring Petitioner outside the Middle District of Tennessee or removing her from the United States during the pendency of this habeas proceeding, absent further order of this Court.

3. Should Petitioner have been transferred outside this District before Respondents receive notice of this Order, Respondents shall immediately notify the Court and Petitioner's counsel of Petitioner's location.

4. The security requirement of Federal Rule of Civil Procedure 65(c) is WAIVED.

5. Pursuant to Federal Rule of Civil Procedure 65(b)(2), this Temporary Restraining Order shall expire fourteen (14) days after its entry unless, before that time, the Court extends it for good cause or Respondents consent to a longer extension.

ENTERED this 3rd day of November, 2026, at 12:00 noon.

ALETA A. TRAUGER.
UNITED STATES DISTRICT JUDGE