**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

MARICELA MARIN MONTES DE OCA,

Petitioner,

v.

TODD BLANCHE, Attorney General of the United States, et al.,

Respondents.

Case No.: 3:26-cv-01729

Judge Aleta A. Trauger

Agency Case No.: A 208-592-860

**ORDER GRANTING PETITIONER'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE**

Before the Court is Petitioner Maricela Marin Montes de Oca's Motion for Issuance of Order to Show Cause, filed pursuant to 28 U.S.C. § 2243. Having considered the Motion and the record in this action, and for good cause shown, the Court finds and orders as follows:

1. The Motion is GRANTED.

2. The standard sixty (60)-day response period reflected in the civil summons previously issued by the Clerk of Court (ECF No. 4), pursuant to Federal Rule of Civil Procedure 12(a)(2), is SUPERSEDED. That ordinary civil timetable does not govern this habeas corpus action, which is subject to the expedited procedure prescribed by 28 U.S.C. § 2243.

3. Pursuant to 28 U.S.C. § 2243, Respondents are ORDERED to show cause, if any, why the Petition for Writ of Habeas Corpus (ECF No. 1) should not be granted, by filing a Return to the Petition within three (3) business days of the entry of this Order. The Return shall state the statutory authority under which Petitioner is detained, Petitioner's current place of custody, and

whether any individualized custody determination was made before or in connection with Petitioner's detention.

4. Petitioner shall have three (3) business days from the date Respondents file the Return within which to file a Traverse (Reply).

5. Following the completion of this expedited briefing schedule, the Court will determine whether an evidentiary hearing or oral argument is necessary to resolve the Petition.

IT IS SO ORDERED.

HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE