Motion DENIED as moot.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARICELA MARIN MONTES DE OCA,

Petitioner,

v.

TODD BLANCHE, et al.,
*Attorney General of the United States*,

Respondents.

Civil Case No. 3:26-cv-01729
Judge Trauger
Magistrate Judge Hill

## MOTION FOR EXTENSION OF TIME

Respondents, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully move this Honorable Court for an extension of seven (7) business days, or until Wednesday, November 24, 2026, at 12:00 (CST), to comply with this Honorable Court's Order dated November 17, 2026. (D.E. 14).

As cause for this motion, Respondents' state that they are aware of the Court's Order entered on November 17, 2026; however, in order to fully comply with the release and return of Petitioner to the Middle District of Tennessee with all of her possessions, property, and documents that Petitioner had at the time she was taken into custody, additional time is necessary. (*Id.*) Respondents are currently engaged in good faith efforts to have Petitioner released, who is currently in the South Louisiana ICE Processing Center, and returned to the Middle District of Tennessee; therefore, an extension of time of at least seven (7) business days is necessary to effectively coordinate her release and return by 12:00 (CST), Wednesday, November 24, 2026. However, the undersigned received notification that the agency may be able to coordinate an earlier release date if the Court would grant permission to release Petitioner from her current detention facility in Louisiana.